sion, First Department. July 7, 1905.) Action by Ralph Raymond against the Security Trust & Life Insurance Company and Albert V. Ovitt. B. Hanson, for appellant. E. L. Mooney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RAYMOND v. SECURITY TRUST & LIFE INS. CO. (Supreme Court, Appellate Division, First Department. November 17, 1905.) Action by Ralph Raymond against the Security Trust & Life Insurance Company. No opinion. Motion denied.

REA, Respondent, v. BLOODGOOD, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Mary B. Rea against William Bloodgood. W. S. Tyler, for appellant. J. H. Buck, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

REDINGTON, Appellant, v. GILMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Caroline G. Redington against Frazier Gilman and others. R. J. Moses, for appellant. T. S. Ormiston, for respondents. No opinion. Judgment affirmed, with costs.

REICH v. COCHRAN. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Lorenz Reich against Eva S. Cochran. No opinion. Motion for reargument denied.

REICH, Respondent, v. DYER et al., Appellants. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Elizabeth Reich against Edith L. Dyer and Lillian L. Aymar. J. M. Bowers, for appellants. C. Strauss, for respondent. No opinion. Order affirmed with $10 costs and disbursements.

REILLY, Appellant, v. TROY BRICK CO., Respondent, (Supreme Court, Appellate Division, Third Department. October 24, 1905.) Action by Celia Reilly, as administratrix, etc., of David Reilly, deceased, against the Troy Brick Company.

PER CURIAM. Judgment unanimously affirmed, with costs, upon the opinion of Cochrane, J., at Trial Term. 94 N. Y. Supp. 576.

REILLY, Appellant, v. TROY BRICK CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 21, 1905.) Action by Celia Reilly, as administratrix, etc., of David Reilly, deceased, against the Troy Brick Company. No opinion. Motion granted.

RIEDER, Respondent, v. MADISON COUNTY GAS & ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Helen A. Rieder as administratrix, etc., against the Madison County Gas & Electric Company. No opinion. Judgment and order affirmed, with costs.

RIEDER, Respondent, v. MADISON COUNTY GAS & ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Action by Helen A. Rieder, as, etc., against the Madison County Gas & Electric Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

In re RILEY. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) In the matter of the final judicial accounting of William J. Riley, as administrator, etc., of John Martin, deceased. No opinion. Decree of Surrogate's Court of Kings county, in so far as appealed from, affirmed on argument, with costs.

RIORDAN, Appellant, v. AMERICAN TOBACCO CO., Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Mary Riordan, as administratrix, against the American Tobacco Company.

PER CURIAM. Judgment affirmed, with costs.

O'BRIEN, P. J., and HATCH, J., dissent.

RISLEY, Respondent, v. FELTON, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Adelbert D. Risley against S. M. Felton, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements. Motion to dismiss appeal denied.

RISLEY, Respondent, v. HARLOW et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 20, 1905.) Action by Adelbert Risley against Charles H. Harlow and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to vacate previous order for open commission denied, with $10 costs, without prejudice to the right of the plaintiff to make such further application as he may be advised. Held, that the county judge did not have power to make an order vacating his prior order.

SPRING and HISCOCK, JJ., dissent from the decision that the county judge did not have power to make the order vacating his prior order, and vote for modifying the order appealed from in accordance with the decision of this court upon the former appeal, and for affirming the same as so modified.

RISLEY v. HARLOW et al. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Adelbert D. Risley against Charles H. Harlow and others. No opinion. Motions denied, with $10 costs to the defendant Thompson.

ROBINSON, Respondent, v. CITY OF DUNKIRK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Nancy J. Robinson against the city of Dunkirk. No opinion. Judgment and order affirmed, with costs.